AIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE MANULLI, | : | Civil Action No. 4:14-CV-2072 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN[1], | : | |
| *Acting Commissioner of* | : | |
| *Social Security,* | : | |
| | : | (Magistrate Judge Mehalchick) |
| | : | |
| Defendant. | : | |

**ORDER**

May 6, 2016

On January 27, 2016, Magistrate Judge Karoline Mehalchick, to whom this matter is jointly assigned, issued a report and recommendation recommending that the undersigned affirm the decision of the Commission of Social Security denying Plaintiff, Joanne Manulli, social security benefits, due to the Plaintiff's failure to prosecute.

---

[1] The docket incorrectly refers to the defendant as Carolyn Colvert. It is well known that the Acting Commissioner of Social Security is named Carolyn Colvin.

The Court finds that after reviewing the well known '*Poulis* factors,' dismissal is the appropriate sanction for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41.[2]

The report and recommendation of the magistrate judge is ADOPTED IN FULL. ECF No. 33. The action is DISMISSED for failure to prosecute. The decision of the Commissioner is AFFIRMED. The Clerk is directed to enter judgment in favor of the Commissioner and against the Plaintiff. The Clerk is further directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[2] *See Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984).